IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES ARCHIE HOLMES** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-1640 |
| | : | |
| **VINH C. LY** | : | |

## ORDER

This 7th day of August, 2023, it is hereby **ORDERED** that the April 18, 2023 Order of the United States Bankruptcy Court denying Mr. Holmes' Motion for Reconsideration is **AFFIRMED**.

It is further **ORDERED** that (1) Appellant's Motion for Judicial Notice, ECF 9, is **DENIED** as **MOOT** and (2) Appellant's Motion to Remove Kenneth West as Appellee, ECF 3, is **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge